```
DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOMERO VALENCIA-REVUELTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-165 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| HOMERO VALENCIA-REVUELTA, ) | |
| ) | Date:  June 22, 2010 |
| Defendant. ) | Time:  9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant HOMERO VALENCIA-REVUELTA, that the above matter be dropped from this court's calendar for June 22, 2010, at the request of the defense and be continued until July 20, 2010, for status conference. This continuance is requested in order to permit receipt and consideration of a pre-plea presentence report from the Probation Office and proposed plea agreement from the government.

**IT IS FURTHER STIPULATED** that the time from June 22, 2010, through July 20, 2010, be excluded from computation of time within which

1 | the trial of this matter must be commenced under the Speedy Trial
2 | Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §
3 | 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: June 18, 2010                    Benjamin B. Wagner
                                       United States Attorney

                                       /S/ Michael D. Anderson
                                       By:  MICHAEL D. ANDERSON
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

Date: June 18, 2010                    /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       HOMERO VALENCIA-REVUELTA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for June 22, 2010, and is ordered to be re-calendared for July 20, 2010, at 9:15 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from June 22, 2010, through July 20, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                                       By the Court,

Date: June 21, 2010

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

Stip & Order Continuing Case
and Excluding Time                          2