1   DANIEL J. BRODERICK Bar #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    HOMERO VALENCIA-REVUELTA
6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  No. 2:10-cr-165 LKK
                                   )
11                 Plaintiff,      )
                                   )  STIPULATION AND ORDER
12        v.                       )  CONTINUING CASE AND EXCLUDING
                                   )  TIME
13  HOMERO VALENCIA-REVUELTA,      )
                                   )  Date:  July 20, 2010
14                 Defendant.      )  Time:  9:15 a.m.
                                   )  Judge: Hon. Lawrence K. Karlton
15  _____ )

16

17          IT IS HEREBY STIPULATED by and between Assistant United

18  States Attorney Michael D. Anderson, counsel for plaintiff and

19  Assistant Federal Defender Jeffrey L. Staniels, counsel for

20  defendant HOMERO VALENCIA-REVUELTA, that the above matter be

21  dropped from this court's calendar for July 20, 2010, at the

22  request of the defense and be continued until July 27, 2010, for

23  status conference. This continuance is requested in order to

24  permit consideration of a pre-plea presentence report from the

25  Probation Office and proposed plea agreement from the government

26  which was received by defense counsel today.

27          IT IS FURTHER STIPULATED that the time from July 20, 2010, through

28  July 27, 2010, be excluded from computation of time within which

1    the trial of this matter must be commenced under the Speedy Trial

2    Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

3    3161(h)(7)(A) & (B)(iv) and  Local Code T-4

4           **IT IS SO STIPULATED.**

5

6    Date: July 19, 2010                    Benjamin B. Wagner
                                            United States Attorney
7

8                                           /S/ Michael D. Anderson
                                            By:  MICHAEL D. ANDERSON
9                                           Assistant United States Attorney
                                            Counsel for Plaintiff
10

11   Date: July 19, 2010                    /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
12                                          Assistant Federal Defender
                                            Attorney for Defendant
13                                          HOMERO VALENCIA-REVUELTA

14

15                          **O R D E R**

16          Based on the above stipulation of the parties, this

     matter is ordered to be dropped from the calendar for July 20,
17
     2010, and is ordered to be re-calendared for July 27, 2010, at
18
     9:15 a.m.
19
            Time is excluded from computation of time within which
20
     the trial of this matter must be commenced from July 20, 2010,
21
     through July 27, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
22
     (B)(iv) and Local Code T4.
23
            **IT IS SO ORDERED.**
24
                                            By the Court,
25

26

27   Date: July 19, 2010

28                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
     Stip & Order Continuing Case
     and Excluding Time              2